## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| SAXON INNOVATIONS, LLC, | § | Case No. 6:08 CV 265 |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| APPLE INC., GATEWAY, INC., GATEWAY | § | |
| COMPANIES, INC., ACER AMERICA | § | |
| CORP., ACER, INC., HEWLETT-PACKARD | § | |
| CO., DELL, INC., ASUS COMPUTER | § | |
| INTERNATIONAL, INC., | § | |
| | § | |
| Defendants, | § | |
| | § | |
| and | § | |
| | § | |
| INTEL CORP., | § | |
| | § | |
| Intervenor/Defendant. | § | |
| | § | |

### JOINT MOTION TO EXTEND DEADLINE

### TO SUBMIT NOTICE REGARDING MEDIATOR

Plaintiff, Saxon Innovations, LLC and Defendants, Apple Inc., Gateway, Inc., Acer

America Corp., Acer, Inc., Hewlett-Packard Company, Dell, Inc., Asus Computer International,

Inc., and Intervenor/Defendant Intel Corp. (collectively, "the Parties") hereby move to extend the

July 13, 2009 deadline (set by the Court in its June 30, 2009 Order) to submit a notice identifying

the mediator agreed by the parties or informing that an agreement could not be reached.

Pursuant to the Court's Order dated June 30, 2009, the Parties are meeting and conferring

to agree on a mediator.  Due to the number of parties and issues involved, the Parties respectfully

request an extension of time from July 13, 2009 until July 27, 2009 to submit the notice

described above to the Court.  It is anticipated that the proposed extension will facilitate the

Parties' ability to agree on a mediator.  This brief extension will not affect any of the other dates

set forth in the Court's Docket Control and Discovery Orders dated June 15, 2009.

The Parties respectfully request that the Court extend the deadline to submit the notice

identifying the mediator agreed by the parties or informing that an agreement could not be

reached from July 13, 2009 until and including July 27, 2009.


DATED:  July 13, 2009

RESPECTFULLY SUBMITTED,

| For Plaintiff: | For Defendants and Intervenor/Defendant: |
|---|---|
| */s/ Cavin Capshaw, with permission by* | */s/ Michael E. Jones* |
| *Michael E. Jones* | Michael Edwin Jones |
| S. Calvin Capshaw | State Bar No. 10929400 |
| State Bar No. 03783900 | POTTER MINTON PC |
| Elizabeth L. DeRieux | 110 North College, Suite 500 |
| State Bar No. 05770585 | P.O. Box 359 |
| N. Claire Abernathy | Tyler, Texas  75710-0359 |
| State Bar No. 24053063 | Telephone:  (903) 597-8311 |
| CAPSHAW DeRIEUX, LLP | Facsimile:  (903) 593-0846 |
| 1127 Judson Road, Suite 220 | Email:  mikejones@potterminton.com |
| P.O. Box 3999 (75606-3999) | |
| Longview, Texas  75601 | Of Counsel: |
| Telephone:  (903) 236-9800 | |
| Facsimile:  (903) 236-8787 | David J. Burman |
| Email:  ccapshaw@capshawlaw.com | PERKINS COIE LLP |
| Email:  ederieux@capshawlaw.com | 1201 Third Avenue, Suite 4800 |
| Email:  chenry@capshawlaw.com | Seattle, Washington  98101-3099 |
| | Telephone:  (206) 359-8426 |
| | Facsimile:  (206) 359-9426 |
| | Email:  dburman@perkinscoie.com |
| Stephen D. Susman | Jonathan M. James (pro hac vice) |
| State Bar No. 19521000 | PERKINS COIE BROWN & BAIN P.A. |
| Max L. Tribble, Jr. | 2901 North Central Avenue, Suite 2000 |
| State Bar No. 20213950 | Phoenix, Arizona  85012 |
| Joseph S. Grinstein | Telephone:  (602) 351-8440 |
| State Bar No. 24002188 | Facsimile:  (602) 648-7032 |
| Amira M. El-Hakam | Email:  jjames@perkinscoie.com |
| State Bar No. 24059715 | |

SUSMAN GODFREY, L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas  77002
Telephone:  (713) 651-9366
Facsimile:  (713) 654-6666
Email:  ssusman@susmangodfrey.com
Email:  mtribble@susmangodfrey.com
Email:  jgrinstein@susmangodfrey.com
Email:  aelhakam@susmangodfrey.com

Attorneys for Plaintiff,
SAXON INNOVATIONS, LLC

Of Counsel:

Michael F. Heim
State Bar No. 09380923
Federal ID:  8790
Russell A. Chorush
State Bar No. 24031948
Micah J. Howe
State Bar No. 24048555
Douglas R. Wilson
HEIM, PAYNE & CHORUSH, L.L.P.
600 Travis Street, Suite 6710
Houston, Texas  77002-2912
Email:  mheim@hpcllp.com
Email:  rchorush@hpcllp.com
Email:  mhowe@hpcllp.com
Email:  dwilson@hpcllp.com

Attorneys for Intervenor/Defendant
INTEL CORPORATION

*Also submitted with permission on behalf of:*

*/s/ Eric M. Albritton, with permission by
Michael E. Jones*
Eric M. Albritton
Attorney at Law
P.O. Box 2649
Longview, Texas  75606
Telephone:  (903) 757-8449
Facsimile:  (903) 758-7397
Email:  ema@emafirm.com

Winslow B. Taub
Michael M. Markman
Samuel F. Ernst
COVINGTON & BURLING LLP
One Front Street
San Francisco, California  94111-5356
Telephone:  (415) 591-6000
Facsimile:  (415) 591-6091
Email:  wtaub@cov.com
Email:  mmarkman@cov.com
Email:  sernst@cov.com

Attorneys for Defendant
APPLE, INC.

*/s/ Eric H. Findlay, with permission by
Michael E. Jones*
Eric H. Findlay
FINDLAY CRAFT
6760 Old Jacksonville Hwy., Suite 101
Tyler, Texas  75703
Telephone:  (903) 534-1100
Facsimile:  (903) 534-1137
Email:  efindlay@findlaycraft.com

Bryan D. Atkinson
William B. Farney
DECHERT LLP
300 West 6th Street, Suite 1850
Austin, Texas  78701

Telephone:  (512)-394-3000
Facsimile:  (512) 394-3001
Email:  bryan.atkinson@dechert.com
Email:  bryan.farney@dechert.com

Jonathan D. Baker
DECHERT LLP
2440 W. El Camino Real, Suite 700
Mountain View, California  94040-1499
Telephone:  (650) 813-4800
Facsimile:  (650) 813-4848
Email:  jonathan.baker@dechert.com

Attorneys for Defendants
GATEWAY, INC., ACER AMERICA CORP.,
and ACER, INC.


*/s/ Winstol D. Carter, Jr., with permission by*
*Michael E. Jones*
Winstol D. Carter, Jr.
Preetam A. Shingavi
F. Teresa Garcia-Reyes
MORGAN LEWIS & BOCKIUS
1000 Louisiana Street, Suit e4200
Houston, Texas  77002
Telephone:  (713) 890-5000
Facsimile:  (713) 890-5001
Email:  wcarter@morganlewis.com
Email:  pshingavi@morganlewis.com
Email:  tgarcia-reyes@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD CO.


*/s/  Michael  J.  Newton,  with  permission  by*
*Michael E. Jones*
Michael J. Newton
Stacy G. White
Jason W. Cook
ALSTON & BIRD
2200 Ross Avenue, Suit e3601
Dallas, Texas  75201
Telephone:  (214) 922-3400
Facsimile:  (214) 922-3899

Email:  mike.newton@alston.com
Email:  stacey.white@alston.com
Email:  jason.cook@alston.com

Attorneys for Defendant
DELL, INC.


*/s/ Scott E. Stevens, with permission by*
*Michael E. Jones*
Scott E. Stevens
Kyle Nelson
STEVENS LAW FIRM
111 W. Tyler Street
Longview, Texas  75601
Telephone:  (903) 753-6760
Facsimile:  (903) 753-6761
Email:  scott@seslawfirm.com
Email:  kyle@seslawfirm.com
Patrick D. Benedicto
OKAMOTO & BENEDICTO LLP
1734 North First Street, Suite 270
San Jose, California  95112
Telephone:  (408) 436-2112
Facsimile:  (408) 408-436-2114
Email:  Patrick@obllp.com

Gregory P. Love
LOVE LAW FIRM, P.C.
109 West Tyler Street
Longview, Texas  75606
Telephone:  (903) 212-4444
Facsimile:  (903) 230-5684
Email:  gplove@mac.com

Attorneys for Defendant
ASUS COMPUTER INTERNATIONAL,
INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that a correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 13th day of July, 2009.

*/s/ Michael E. Jones*