IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SAXON INNOVATIONS, LLC, | § § § | Case No. 6:08 CV 265 |
| Plaintiff, | § § | |
| v. | § § | |
| APPLE INC., GATEWAY, INC., GATEWAY COMPANIES, INC., ACER AMERICA CORP., ACER, INC., HEWLETT-PACKARD CO., DELL, INC., ASUS COMPUTER INTERNATIONAL, INC., | § § § § § § § | |
| Defendants, | § § | |
| and | § § | |
| INTEL CORP., | § § | |
| Intervenor/Defendant. | § § | |

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO SUBMIT NOTICE REGARDING MEDIATOR**

CAME FOR CONSIDERATION the Joint Motion to Extend Deadline to Submit Notice Regarding Mediator. After consideration, the Court finds the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the deadline to submit the notice identifying the mediator agreed by the parties or informing that an agreement could not be reached is extended from July 13, 2009 until and including July 27, 2009.